UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ATLANTIC DEVELOPMENT GROUP
LLC, et al..

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

17-cv-332 (PAC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on November 20, 2019:

1. The Government shall deliver its privilege log to Defendants on Monday, November 25, 2019.

2. The Government shall supplement its responses to Defendants' interrogatories 1-6, 8-9 in the ways discussed on the record and shall serve Defendants with such revised responses by December 2, 2019.

3. The Government shall produce any responsive, non-privileged communications between the Government and third parties by December 9, 2019.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2019
       New York, New York

Copies transmitted to all counsel of record