UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/12/2020__

------------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,
                                   :

              Plaintiff,        :

                                   :        17-cv-332 (LJL)

    -v-                       :

                                   :     __RESCHEDULING__
ATLANTIC DEVELOPMENT GROUP, LLC ET AL,  :        __ORDER__

                                   :

             Defendants.     :

                                   :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the status conference in this matter, previously

scheduled for **May 19, 2020** at **2:00** p.m. is RESCHEDULED for **May 27, 2020** at **10:00** a.m. in

Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl

Street, New York, New York.

      SO ORDERED.

Dated: March 12, 2020
      New York, New York               _____
                                        LEWIS J. LIMAN
                                United States District Judge