USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

ATLANTIC DEVELOPMENT GROUP
LLC, et al..

                Defendants.
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

ATLANTIC DEVELOPMENT GROUP
LLC, et al..

                Defendants.
------------------------------------------------------------X

17-cv-332 (LJL) (RWL)

**ORDER**

19-cv-9551 (LJL) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On October 15, 2020, Plaintiff United States Of America and Defendant Atlantic Development Group, LLC entered into a Settlement Agreement. (Dkt. 147 in Case No. 17-cv-332 & Dkt. 83 in Case No. 19-cv-9551.) It provided that Plaintiff shall within five days of the execution of the Settlement Agreement file a joint stipulation of dismissal with prejudice as to all claims brought against Peter Fine and Senior Living Options, Inc. in the above captioned actions. (*Id.* ¶ 64.) Such stipulation of dismissal has not appeared on the docket.

Accordingly, by September 21, 2022, Plaintiff shall file the requisite stipulation of dismissal as to Peter Fine and Senior Living Options, Inc.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2022
       New York, New York