USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    -v-

ATLANTIC DEVELOPMENT GROUP, LLC, *et al.*,

                Defendants.

17-cv-332 (LJL) (RWL)

ORDER

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    -v-

ATLANTIC DEVELOPMENT GROUP, LLC, *et al.*,

                Defendants.

19-cv-9551 (LJL) (RWL)

ORDER

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received the stipulations of voluntary dismissal as to Defendants Senior Living Options, Inc. and Peter Fine, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No. 1:17-cv-332, Dkt. No. 146; No. 19-cv-9551, Dkt. No. 80. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the applications as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaints as against Defendants Senior Living Options, Inc. and Peter Fine with prejudice and with each party to bear their own costs and fees.

      The Clerk of Court is respectfully directed to terminate Defendants Senior Living

Options, Inc. and Peter Fine and to close the above-captioned cases.

    SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                       LEWIS J. LIMAN
                                  United States District Judge