UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> ATLANTIC DEVELOPMENT GROUP, LLC; COSTAS KONDYLIS AND PARTNERS, LLP, <br><br> Defendants, <br><br> SENIOR LIVING OPTIONS, INC., <br><br> Relief Defendant. | No. 17 Civ. 332 (LJL) (RWL) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> ATLANTIC DEVELOPMENT GROUP, LLC, and PETER FINE, <br><br> Defendants. | No. 19 Civ. 9551 (LJL) (RWL) |

**ORDER DISMISSING THE COMPLAINT AS AGAINST ATLANTIC DEVELOPMENT GROUP, LLC, WITH PREJUDICE**

WHEREAS, this Court approved a Stipulated Settlement Agreement and Order in this matter on October 15, 2020, ECF No. 149 ("Settlement Agreement");

WHEREAS, pursuant to paragraph 63 of the Settlement Agreement, the term of the Settlement Agreement is four years, that is, until October 15, 2024;

WHEREAS, pursuant to a separate Stipulation and Order of Settlement and Dismissal entered September 3, 2019 (ECF No. 82), all claims against defendant Kostas Condylis and Partners were dismissed without prejudice by Order entered October 10, 2019 (ECF No. 86);

WHEREAS by Order dated September 22, 2022 (ECF No. 165), the Court dismissed the Complaints in these cases against Defendants Senior Living Options, Inc. and Peter Fine, leaving Atlantic Development Group LLC as the sole remaining defendant;

WHEREAS, Paragraph 69 of the Settlement Agreement provides that "[u]pon the expiration of the Settlement Agreement and all obligations thereunder, the United States shall seek an order dismissing the Complaint[s] with prejudice"; and

WHEREAS the Court is in receipt of a Joint Report demonstrating that defendant Atlantic Development Group, LLC has satisfied "all obligations thereunder";

IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 15 and 21, and the Court's inherent power, the Court dismisses the complaints as against Defendant Atlantic Development Group LLC with prejudice, and dismisses the complaints in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear their own costs and fees.

Dated: February  6 , 2025
New York, New York

_____
HON. LEWIS J. LIMAN
United States District Judge